IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-611-BO

| MARDEN'S ARK CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| JUSTIN BODENHAMER, | ) | |
| Defendant. | ) | |

This cause comes before the Court on defendant's unopposed motion to file an out of time responsive pleading [DE 30] pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure. The Court, having determined that the motion is supported by good cause, GRANTS the motion. The Clerk is directed to file Defendant's Exhibit 1 [DE 30-1] as defendant's answer to plaintiff's amended complaint in this case.

SO ORDERED, this 19 day of October 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE